NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHRISTY, INC.,**
*Appellant*

v.

**BLACK & DECKER (U.S.), INC., STANLEY BLACK & DECKER, INC.,**
*Appellees*

---

2016-2498

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00468.

---

**JUDGMENT**

---

SCOTT R. ROWLAND, GableGotwals, Tulsa, OK, argued for appellant. Also represented by AMELIA A. FOGLEMAN, FRANK J. CATALANO, ALICIA EDWARDS, PAUL ROSSLER.

BRYAN PATRICK COLLINS, Pillsbury Winthrop Shaw Pittman LLP, McLean, VA, argued for appellees. Also represented by JACK S. BARUFKA, MICHAEL KARL HEINS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (DYK, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| September 7, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |